1
2
3
4
5
6
7
8 **IN THE UNITED STATES DISTRICT COURT**
9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11 | WAYNE ANTHONY ROSE, | No. 2:24-CV-0143-DMC

12 | Plaintiff,

13 | v. | <u>ORDER</u>

14 | COMMISSIONER OF SOCIAL SECURITY,

15 |

16 | Defendant.

17

18       Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19 review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

20 Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 3.

21       Plaintiff has submitted the affidavit required by § 1915(a) showing that Plaintiff is

22 unable to prepay fees and costs or give security therefor.  The request to proceed in forma

23 pauperis will, therefore, be granted.  <u>See</u> 28 U.S.C. § 1915(a).

24       Accordingly, IT IS HEREBY ORDERED that:

25       1.     Plaintiff's request to proceed in forma pauperis, ECF No. 3, is granted;

26       2.     The Clerk of the Court is directed to issue a summons for this case;

27 / / /

28 / / /

3. Service on Defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of the Court shall deliver to the Commissioner of Social Security and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint; the Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order; this order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure; and

4. The Clerk of the Court is directed to serve on Plaintiff the undersigned's scheduling order in social security cases.

Dated:  January 12, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE