Stuart T. Barasch, Esq. (State Bar No. 74108)
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX  79996
Telephone: (213) 621-7622
Facsimile: (213) 402-2261
Email: stuartbarasch@gmail.com
Attorney for Plaintiff, Wayne Anthony Rose

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

WAYNE ANTHONY ROSE,

        PLAINTIFF,

No. 2:24-cv-00143-DMC (SS)

-v-

MARTIN O'MALLEY,
Commissioner of Social Security,

        Defendant.

-----------------------------------------------------------

**ORDER**

Before the Court is the Motion of Plaintiff, Wayne Anthony Rose, for an extension of time. Because the Court finds good cause and Defendant has no objection, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until May 24, 2024, to file his Opening Brief.  Accordingly, Defendant's deadline to file his responsive brief is extended to June 24, 2024.  Plaintiff's deadline to file a reply brief, if any, is extended to July 8, 2024.

/ / /

/ / /

Let the clerk file this Order electronically and notify all counsel of record accordingly.

Dated:  April 3, 2024

                                          DENNIS M. COTA

                                          UNITED STATES MAGISTRATE JUDGE